Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@Spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone (702) 454-4900
Facsimile  (702) 938-1055

Brandon A. Rotbart, Esq., Of Counsel
*pro hac vice*
rotbart@rotbartlaw.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>        Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC,<br>a Delaware Limited Liability Company,<br><br>        Defendant. | Case No.:  2:21-cv-01231-GMN-NJK |

**NOTICE OF SETTLEMENT**

**COMES NOW** Plaintiff, by and through undersigned counsel, and informs the Court that the matter has been amicably settled between the Parties, subject to clearance of the settlement funds, and hereby requests: that pursuant to a Court Order, the case be dismissed subject to the right of any party to move the Court within thirty (30) days for the purpose of entering a Joint Stipulation for Dismissal with Prejudice, or, on good cause shown, to re-open the case for further proceedings.

Date:  September 10, 2021                         Respectfully submitted,

*Brandon A. Rotbart*
Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*
rotbart@rotbartlaw.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505

Robert P. Spretnak, Esq.(NV Bar No. 5135)
Bob@Spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123-2545
Telephone (702) 454-4900
Facsimile  (702) 938-1055

*Attorneys for Plaintiff John Meggs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of September, 2021, the foregoing was filed with the Clerk of Court via CM/ECF, and that a true copy was sent via electronic mail to counsel for Defendant, Anthony Pearl, Esq., anthony.pearl@cosmopolitanlasvegas.com, 3708 Las Vegas Boulevard South, Las Vegas, NV  89108.

*Brandon A. Rotbart*
Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*