Robert P. Spretnak, Esq. (Bar No. 5135)
Bob@Spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone (702) 454-4900
Facsimile  (702) 938-1055

Brandon A. Rotbart, Esq., Of Counsel
*pro hac vice*
rotbart@rotbartlaw.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually, )<br>)<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>NEVADA PROPERTY 1 LLC, )<br>a Delaware Limited Liability Company, )<br>)<br>)<br>           Defendant. )<br>_____/ | Case No.:  2:21-cv-01231-GMN-NJK |

## **NOTICE OF VOLUNTARY DISMISSAL**

**COMES NOW** Plaintiff, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant Nevada Property 1 LLC, a Delaware Limited Liability Company, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

- 1

Date: September 21, 2021               Respectfully submitted,

*Brandon A. Rotbart*
Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*
rotbart@rotbartlaw.com
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
Telephone (305) 891-5199
Facsimile (305) 893-9505

Robert P. Spretnak, Esq.(NV Bar No. 5135)
Bob@Spretnak.com
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123-2545
Telephone (702) 454-4900
Facsimile (702) 938-1055

*Attorneys for Plaintiff John Meggs*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of September, 2021, the foregoing was filed with the Clerk of Court via CM/ECF.

*Brandon A. Rotbart*
Brandon A. Rotbart, Esq., Of Counsel,
*pro hac vice*